1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  E-mail: klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
4  Facsimile:  (916) 558-4839

5  SEYFARTH SHAW LLP
   Myra B. Villamor (SBN 232912)
6  E-mail: mvillamor@seyfarth.com
   2029 Century Park East, Suite 3500
7  Los Angeles, California 90071
   Telephone:  (310) 277-7200
8  Facsimile:  (310) 201-521

9  Attorneys for Defendants
   CLUB QUARTERS, INC.;
10 CLUB QUARTERS MANAGEMENT COMPANY,
   L.L.C.; and SHARED MUTUAL SERVICES, LLC
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS,<br><br>        Plaintiff,<br><br>   v.<br><br>CLUB QUARTERS, INC., a Delaware corporation; CLUB QUARTERS MANAGEMENT COMPANY, L.L.C., a Connecticut limited liability company; SHARED MUTUAL SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 1, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-00114-MCE-JDP<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[L.R. 144 (a)]**<br><br>Complaint filed:  January 20, 2021<br><br>Complaint Served:  January 28, 2021; January 29, 2021<br><br>Current Response Date:  February 19, 2021<br><br>New Response Date:  April 20, 2021 |

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
68792951v.1

Pursuant to the provisions of Local Rule 144(a), Plaintiff Valerie Brooks ("Plaintiff") and Defendants Club Quarters, Inc., Club Quarters Management Company, L.L.C., and Shared Mutual Services, LLC ("Defendants"), by and through their respective counsel, hereby stipulate that Defendants may have a 60-day extension of time in which to respond to Plaintiff's Complaint. Pursuant to this extension, a response by Defendants shall be due on or before April 20, 2021.

This is the first requested extension of the deadline for Defendants to respond to Plaintiff's Complaint.

This stipulation will not affect or alter any deadline previously set by Court order.

The reason for the present extension is that due to Covid-related office closures, service of the summons and Complaint was inadvertently not received by Defendants' representative. As a result, Defendants only recently retained counsel to represent them in this matter and are investigating the allegations to explore whether further litigation can be avoided.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on their behalf.

IT IS SO STIPULATED.

DATED:  March 22, 2021                     SEYFARTH SHAW LLP


By:  ___/s/ Myra B. Villamor___
     Myra B. Villamor

Attorneys for Defendants
CLUB QUARTERS, INC.;
CLUB QUARTERS MANAGEMENT
COMPANY, L.L.C.; and SHARED MUTUAL
SERVICES, LLC


DATED:  March 22, 2021                     WILSHIRE LAW FIRM


By:  ___/s/ Thiago M. Coelho___
     Thiago M. Coelho

Attorneys for Plaintiff
VALERIE BROOKS

**ORDER**

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendants Club Quarters, Inc., Club Quarters Management Company, L.L.C., and Shared Mutual Services, LLC, shall have an extension of time of sixty (60) days in which to respond to Plaintiff's Complaint to April 20, 2021.

IT IS SO ORDERED.

Dated: March 25, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE